IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JARON DEAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>POWLLE, Officer, Official capacity; JANE DOE, LPD Disbatch, Official capacity; TOFT, Officer, # 1830, Official capacity; FULLERTON, Officer, # 1665, Official capacity; RAMSEY, Officer, #1881, Official capacity; WARD, Sargent, # 807, Official capacity; PAT CONDON, County Attorney, Official capacity; and JULIE MRUZ, # 25564, Official capacity;<br><br>        Defendants. | **4:22CV3029**<br><br><br>**ORDER** |

Plaintiff filed his Complaint in this matter on February 28, 2022, while he was incarcerated. The court granted him leave to proceed in forma pauperis on March 1, 2022, also while he was incarcerated. Plaintiff filed a change of address on July 29, 2022, indicating that he is no longer incarcerated. (*See* Filing 9.)

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $402.00 filing and administrative fees.[1]

---

[1] According to the court's records, Plaintiff has paid $52.77 in partial filing fee payments. Thus, if Plaintiff elects to pay the court's $402.00 filing and administrative fees, he will need to pay only an additional $349.23.

IT IS THEREFORE ORDERED that:

1.      Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2.      The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3.      The clerk of the court is directed to set a pro se case management deadline with the following text: **September 19, 2022**: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 18th day of August, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge