IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JARON DEAN, <br><br> Plaintiff, <br><br> vs. <br><br> POWLLE, officer, et al., <br><br> Defendants. | 4:22-CV-3029 <br><br> RECUSAL ORDER |

The parties should be advised that my oldest son, who is a licensed attorney, contracts with the City of Lincoln to provide the City with lobbying services. Although the City is not a party to this case, it appears from the complaint that the City's interests are sufficiently implicated to require my recusal pursuant to 28 U.S.C. § 455(b)(5)(iii). Therefore,

IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 12th day of September, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge