IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JARON DEAN,<br><br>    Plaintiff,<br><br>vs.<br><br>POWLLE, Officer, Official capacity; JANE DOE, LPD Disbatch, Official capacity; TOFT, Officer, # 1830, Official capacity; FULLERTON, Officer, # 1665, Official capacity; RAMSEY, Officer, #1881, Official capacity; WARD, Sargent, # 807, Official capacity; PAT CONDON, County Attorney, Official capacity; and JULIE MRUZ, # 25564, Official capacity,<br><br>    Defendants. | 4:22CV3029<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE |

  This case is before the Court on plaintiff JaRon Dean's Affidavit and Application to Proceed Without Payment of Fees (In Forma Pauperis). Filing 39. It appears that Dean is seeking leave to proceed *in forma pauperis* on appeal of the Court's Order dismissing this case in its entirety with prejudice. Filing 36. His Affidavit and Application is on a Nebraska State Court Form that does not comply with the requirements of Rule 24(a) of the Federal Rules of Appellate Procedure. Nevertheless, the Court will permit Dean to resubmit his Affidavit and Application with all required information. The correct form for an Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis, which identifies all required information, is available on the Court's website at https://www.ned.uscourts.gov/public/proceeding-without-an-attorney.

  Accordingly,

IT IS ORDERED that plaintiff JaRon Dean's Affidavit and Application to Proceed Without Payment of Fees (In Forma Pauperis), Filing 39, is denied without prejudice to submission in correct form with all necessary information and a timely Notice of Appeal.

Dated this 21st day of March, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge